(August 28, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RODNEY TAYLOR, Petitioner, v COMMISSIONER OF CORRECTIONS OF NEW YORK STATE, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied (see, e.g., *People ex rel. France v Smith,* 55 AD2d 1048). Mahoney, P. J., Sweeney, Main, Larkin and Herlihy, JJ., concur.